# Exhibit 71

| | |
|---|---|
| **From:** | Richard Markowitz <Rmarkowitz@argremgt.com> |
| **Sent:** | Wednesday, March 16, 2011 1:47 PM |
| **To:** | Ben-Jacob, Michael; ~LH lf 03-22-2013 Tuchman, Louis; Wells, Peter |
| **Cc:** | John Van Merkensteijn, III; Jérôme LHOTE; Adam Larosa; Matthew Stein |
| **Subject:** | Re: Diagram for Transaction |
| **Attachments:** | Basic Structure PDF |



RICHARD
MARKOWITZ

**EXHIBIT 2109**

04 - 08 - 2021

Try this.


On 3/16/11 1:40 PM, "Michael Ben-Jacob" <michael.ben-jacob@kayescholer.com> wrote:

Richard,

I cannot open the attachment.  Can you scan and send as a pdf?


Michael Ben-Jacob
Kaye Scholer LLP
425 Park Avenue
New York, New York, 10022
Phone: 212-836-8310
Fax: 212-836-6310
email: michael.ben-jacob@kayescholer.com


**From:** Richard Markowitz [mailto:Rmarkowitz@argremgt.com]
**Sent:** Wednesday, March 16, 2011 1:02 PM
**To:** Ben-Jacob, Michael; Tuchman, Louis; Wells, Peter
**Cc:** John Van Merkensteijn, III; Jérôme LHOTE; Adam Larosa; Matthew Stein
**Subject:** Diagram for Transaction

Michael:

Attached please find a diagram for the major aspects of the transaction.  Solo Capital has reviewed this.  They also can provide a detailed summary of a trade, if needed.  This takes you step by step through the orders to buy shares (and hedge) and then sell the shares (and unwind the hedge).

Also, with respect to the diagram, the other significant party is Acupay.  As we discussed, they submit the requests to the German government for withholding tax refunds.  A contract with Acupay will have to be signed by the Charity as well.

You can disclose the names of the investors.

Let us know if this diagram is helpful.  We and Solo can obviously prepare the more detailed information when appropriate.

Thanks

CONFIDENTIAL / PRIVILEGED - SUBJECT TO 502(d) ORDER                    WH_MDL_00276116

--
Richard Markowitz
Managing Director
Argre Management LLC
40 West 57th Street
20th Floor
New York, NY 10019

Tel:      (212) 247-2600
Fax:      (212) 247-2753
Mobile:  (917) 848-5675

RMarkowitz@Argremgt.com

2

## <u>STRUCTURE OF TRANSACTION</u>



CONFIDENTIAL / PRIVILEGED - SUBJECT TO 502(d) ORDER