# Exhibit 147

```
 1              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF NEW YORK
 2             MASTER DOCKET 18-MD-2865(LAK)
                  CASE NO. 18-CV-09797
 3

 4    _____
                                             )
      IN RE:                                 )
 5                                           )
      CUSTOMS AND TAX ADMINISTRATION OF      )
 6    THE KINGDOM OF DENMARK                 )
      (SKATTEFORVALTNINGEN) TAX REFUND       )
 7    SCHEME LITIGATION                      )
                                             )
 8    _____)

 9

10

11

12              C O N F I D E N T I A L

13

14

15    REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

16                  EXAMINATION OF

17                 KATHLEEN WECHTER

18

19             DATE: November 22, 2021

20

21

22

23

24

25        REPORTED BY:  MICHAEL FRIEDMAN, CCR
```

CONFIDENTIAL
Kathleen Wechter - November 22, 2021

1        A     Yes.

2              At the Kaye Scholer firm, I have

3    held the position of counsel.

4        Q     And are you still practicing at the

5    Arnold & Porter Kaye Scholer firm?

6        A     Yes, I'm still practicing with the

7    Arnold & Porter Kaye Scholer firm.

8        Q     And can you please describe for us

9    the nature of your -- of your practice at

10   that firm, from May of 2012?

11       A     I worked in the area of employee

12   benefits and executive compensation, which is

13   a part of the Tax Department at Arnold &

14   Porter Kaye Scholer.

15             So I work with different areas of

16   compensation, retirement planning, employee

17   benefits.

18       Q     And who -- who are the main -- the

19   principal partners with whom you've worked

20   since May of 2012?

21       A     Are you asking about in the

22   employee benefits subgroup, as it were, or in

23   general?

24       Q     Let me ask you in -- in general.

25       A     In general at the firm?

CONFIDENTIAL
Kathleen Wechter - November 22, 2021

Page 23

```
 1        Q    Do you recall that the structures
 2   involved the use of qualified plans?
 3             MR. DULBERG:  Objection to the
 4        form.
 5             For the record, this is Drew
 6        Dulberg on behalf of -- from Wilmer Hale
 7        on behalf of Mr. Markowitz.
 8        A    Can you repeat the question,
 9   please?
10        Q    Do you recall that the ex-dividend
11   matter involved using qualified plans?
12             MR. DULBERG:  Same objection.
13        A    I recall that there were issues
14   related to the use of pension and retirement
15   plans, which was the reason -- the reason for
16   my specific involvement on specific
17   retirement and pension plan issues.
18        Q    And do you recall that the plans
19   were going to be purchasing foreign shares?
20        A    I don't recall the details of the
21   transactions.
22        Q    Do you recall any details of the
23   transactions?
24        A    At this point, since it was almost
25   nine or ten years ago, I don't remember
```