UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 1:18-cv-04833-LAK, 1:19-cv-01781-LAK, 1:19-cv-01783-LAK, 1:19-cv-01785-LAK, 1:19-cv-01791-LAK, 1:19-cv-01792-LAK, 1:19-cv-01806-LAK, 1:19-cv-01808-LAK, 1:19-cv-01812-LAK, 1:19-cv-01815-LAK, 1:19-cv-01867-LAK, 1:19-cv-01868-LAK, 1:19-cv-01869-LAK, 1:19-cv-01870-LAK, 1:19-cv-01895-LAK, 1:19-cv-01896-LAK, 1:19-cv-01898-LAK, 1:19-cv-01904-LAK, 1:19-cv-01906-LAK, 1:19-cv-01911-LAK, 1:19-cv-01922-LAK, 1:19-cv-01924-LAK, 1:19-cv-01926-LAK, 1:19-cv-01929-LAK, 1:19-cv-10713-LAK. | Master Docket 18-md-02865 (LAK)<br>ECF Case |

**NOTICE OF TERMINATION OF LIMITED-SCOPE APPEARANCE**

Pursuant to Local Civ. Rule 1.4(c)(3), notice is hereby given that all tasks for which I entered a limited appearance on behalf of the below-identified parties are complete. A notice of appeal of the judgments entered against each party has been filed in the following member cases as of April 14, 2025:

| Party | Member Case |
|---|---|
| Avanix Management LLC Roth 401(k) Plan | 19-cv-01867 |
| Hadron Industries LLC Roth 401(k) Plan | 19-cv-01868 |
| Cavus Systems LLC Roth 401(k) Plan | 19-cv-01869 |

| | |
|---|---|
| Batavia Capital Pension Plan | 19-cv-01895 |
| Routt Capital Pension Plan | 19-cv-01896 |
| RJM Capital Pension Plan | 19-cv-01898 |
| Calypso Investments Pension Plan | 19-cv-01904 |
| Richard Markowitz | 18-cv-04833, 19-cv-01781, 19-cv-01783, 19-cv-01785, 19-cv-01791, 19-cv-01792, 19-cv-01806, 19-cv-01808, 19-cv-01812, 19-cv-01815, 19-cv-01867, 19-cv-01868, 19-cv-01869, 19-cv-01870, 19-cv-01895, 19-cv-01896, 19-cv-01898, 19-cv-01906, 19-cv-01911, 19-cv-01922, 19-cv-01924, 19-cv-01926, 19-cv-01929, 19-cv-10713. |
| Jocelyn Markowitz | 19-cv-01904 |

Dated: April 16, 2025
New York, New York

*Sharon L. McCarthy* (signature)

SHARON L. MCCARTHY
KOSTELANETZ LLP
7 World Trade Center, 34th Fl.
New York, NY 10007
(212) 808-8100
smccarthy@kostelanetz.com
*Attorney for Defendants John van Merkensteijn, III, Elizabeth van Merkensteijn, Azalea Pension Plan, Basalt Ventures LLC Roth 401(k) Plan, Bernina Pension Plan, Bernina Pension Plan Trust, Michelle Investments Pension Plan, Omineca Pension Plan, Omineca Trust, Remece Investments LLC Pension Plan, Starfish Capital Management*

2

*LLC Roth 401(k) Plan, Tarvos Pension Plan, Voojo Productions LLC Roth 401(k) Plan, Xiphias LLC Pension Plan*

*Representation Terminated as to Richard Markowitz, Jocelyn Markowitz, Avanix Management LLC Roth 401(k) Plan, Batavia Capital Pension Plan, Calypso Investments Pension Plan, Cavus Systems LLC Roth 401(k) Plan, Hadron Industries LLC Roth 401(k) Plan, RJM Capital Pension Plan, Routt Capital Pension Plan*

CERTIFICATE OF SERVICE

I, Sharon L. McCarthy, hereby certify that on April 16, 2025, a copy of the Notice of Termination of Limited Scope Appearance was served on Richard Markowitz, Jocelyn Markowitz, Avanix Management LLC Roth 401(k) Plan, Batavia Capital Pension Plan, Calypso Investments Pension Plan, Cavus Systems LLC Roth 401(k) Plan, Hadron Industries Roth 401(k) Plan, RJM Capital Pension Plan, and Routt Capital Pension Plan.

Date: April 16, 2025

_____
Sharon L. McCarthy